UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GREER HODGES, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-2091 (JR) |
| v. | ) ) ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR ADDITIONAL
TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant District of Columbia, by and through its undersigned counsel, respectfully requests that the Court grant the District an additional thirty (30) days to respond to Plaintiff's Complaint.

1. Undersigned counsel was recently assigned this case.  Although no proof of service has been filed, it appears that the District of Columbia's responsive pleading may be due on Monday, December 17, 2007.

2. The District of Columbia requires additional time to investigate the detailed factual assertions Plaintiffs make in their 151 paragraph Complaint.  Plaintiffs make a number of allegations regarding a purported high speed chase initiated by members of the Metropolitan Police Department that resulted in the death of two individuals.  The District therefore needs additional time to obtain the relevant files.

3. Undersigned counsel was assigned this case on December 7, 2007.  Since December 10, 2007, however, undersigned counsel has been in a jury trial in the case of

*Gloria Halcomb v. District of Columbia, et al.*, in front of the Honorable Paul L. Friedman that is expected to continue into the week of December 17, 2007.

4.    The District submits that its request for additional time will not prejudice any party, particularly as it does not appear that the other Defendants in this case have been served as no proof of service has been filed.

5.    Thus, the District requests an additional thirty (30) days, up to and including January 16, 2008, to file a responsive pleading to the Complaint.

6.    Pursuant to LCvR 7(m), on December 13, 2007, undersigned counsel contacted counsel for Plaintiff, Mr. Ginsburg. Mr. Ginsburg has declined to consent to the relief requested herein.

Thus, the District respectfully requests that the Court grant it an extension of time, up to and including January 16, 2008, to file a responsive pleading.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREER HODGES, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | C.A. No. 07-2091 (JR) |

**POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

1. Fed. R. Civ. P. 4.

2. Fed. R. Civ. P. 6(b).

3. Fed. R. Civ. P. 12.

4. The interests of justice and the inherent power of this Court.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

  /s/ Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

  /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001

(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREER HODGES, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 07-2091 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is the District of Columbia's Motion for an Extension of Time to File a Response to Plaintiff's Complaint. Upon consideration of the District of Columbia's Motion, it is this _____ day of _____, 2007:

**ORDERED** that the Motion is **granted**; and it is

**FURTHER ORDERED** that the District of Columbia shall have up to and including January 16, 2008 to file a response to Plaintiff's Complaint

_____
Hon. James Robertson
United States District Judge