# AFFIDAVIT OF PROCESS SERVER

**United States District Court**      **District Of Columbia**

Greer Hodges, et al

    Plaintiff

vs.

The District of Columbia, A Municipal Corporation, et al

    Defendant

Attorney:
J.E. Wingfield & Associates, P.C.
David Ginsburg
700 5th St., NW, Suite 300
Washington, DC. 20001

Case Number: 1:07-cv-02091

Legal documents received by Same Day Process Service on November 21st, 2007 at 12:35 PM to be served upon **District of Columbia, by serving, Office of Attorney General at 441 4th St. NW Suite 600S, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **November 26th, 2007 at 2:15 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form**, to **Tonia Robinson** as **DC Registered Agent** of the within named agency, to wit: **District of Columbia, Office of Attorney General** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'2   Weight: 120   Skin Color: black   Hair Color: black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006009

District of Columbia: SS
Subscribed and Sworn to before me,
this 28 day of November, 2007

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| | |
|---|---|
| **United States District Court** | **District Of Columbia** |

**Greer Hodges, et al**

    Plaintiff

vs.

**The District of Columbia, A Municipal Corporation, et al**

    Defendant

Attorney:

J.E. Wingfield & Associates, P.C.
David Ginsburg
700 5th St., NW, Suite 300
Washington, DC. 20001

Case Number: 1:07-cv-02091

Legal documents received by Same Day Process Service on November 21st, 2007 at 12:35 PM to be served upon **District of Columbia, by serving The Honorable Adrian Fenty, Mayor at 1350 Pennsylvania Ave., NW Suite 419, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **November 26th, 2007 at 1:25 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form**, to **Erica Easter** as **Chief of Staff & Authorized Agent** of the within named agency, to wit: **District of Columbia, Office of the Mayor** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'6"   Weight: 150   Skin Color: black   Hair Color: black & short   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006008

District of Columbia: SS
Subscribed and Sworn to before me,
this 28th day of November, 2007

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**　　　　　　　**District Of Columbia**

Greer Hodges, et al

    Plaintiff

vs.

The District of Columbia, A Municipal Corporation, et al

    Defendant

Attorney:

J.E. Wingfield & Associates, P.C.
David Ginsburg
700 5th St., NW, Suite 300
Washington, DC. 20001

Case Number: 1:07-cv-02091

Legal documents received by Same Day Process Service on **November 21st, 2007** at 12:35 PM to be served upon **District of Columbia, by serving, Office of Attorney General at 441 4th St. NW Suite 600S, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **November 26th, 2007 at 2:15 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form**, to **Tonia Robinson** as **DC Registered Agent** of the within named agency, to wit: **District of Columbia, Office of Attorney General** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female  Age: 35  Height: 5'2  Weight: 120  Skin Color: black  Hair Color: black  Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006009

District of Columbia: SS
Subscribed and Sworn to before me,
this 28 day of November, 2007

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| | |
|---|---|
| **United States District Court** | **District Of Columbia** |

Greer Hodges, et al

    Plaintiff

vs.

The District of Columbia, A Municipal Corporation, et al

    Defendant

Attorney:

J.E. Wingfield & Associates, P.C.
David Ginsburg
700 5th St., NW, Suite 300
Washington, DC. 20001

**Case Number:** 1:07-cv-02091

Legal documents received by Same Day Process Service on November 21st, 2007 at 12:35 PM to be served upon **Charles Bernard Perry, Jr. at 826 Marietta Place, NW, Washington, DC. 20011**

I, Brandon A. Snesko, swear and affirm that on **November 26th, 2007 at 9:05 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Ms. Perry, Co-Tenant** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'7   Weight: 180   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**
Ms. Perry would not reveal her first name.

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006007

District of Columbia: **SS**
Subscribed and Sworn to before me,
this 28 day of November, 2007

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# Affidavit of Process Server

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
(NAME OF COURT)

| GREER HODGES | vs | DISTRICT OF COLUMBIA | 1:07CV-02091 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Gregory A. Keller, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served James Bernardo Frazier, Jr.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint

by leaving with James Bernardo Frazier, Jr. __ Self __ At
NAME  RELATIONSHIP

☒ Residence  18800 Roxbury Road  Hagerstown, MD
ADDRESS  CITY / STATE

☐ Business
ADDRESS  CITY / STATE

On December 7, 2007  AT  11:05 A.M.
DATE  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE
from _____
CITY  STATE  ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE  TIME  DATE  TIME
(3) _____ (4) _____ (5) _____
DATE  TIME  DATE  TIME  DATE  TIME

**Description:** Age 47  Sex M  Race B  Height 5-11  Weight 206  Hair Black  Beard No  Glasses No

*Gregory Keller*
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 7th day of December, 2007

*(signature)*
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Maryland



FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Washington County, Maryland
Notary Public
Denise Lichliter Keller
My Commission Expires 02/01/2011