# AFFIDAVIT OF PROCESS SERVER

**United States District Court**                    **District Of Columbia**

Greer Hodges, et al

    Plaintiff

vs.

The District of Columbia, A Municipal Corporation, et al

    Defendant

Attorney:
J.E. Wingfield & Associates, P.C.
David Ginsburg
700 5th St., NW, Suite 300
Washington, DC. 20001

Case Number: 1:07-cv-02091

Legal documents received by Same Day Process Service on November 21st, 2007 at 12:35 PM to be served upon **District of Columbia, by serving, Office of Attorney General at 441 4th St. NW Suite 600S, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **November 26th, 2007 at 2:15 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form**, to **Tonia Robinson** as **DC Registered Agent** of the within named agency, to wit: **District of Columbia, Office of Attorney General** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'2   Weight: 120   Skin Color: black   Hair Color: black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006009

District of Columbia: SS
Subscribed and Sworn to before me,
this 28 day of November, 2007

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# Affidavit of Process Server

UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA
(NAME OF COURT)

| GREER HODGES | vs | DISTRICT OF COLUMBIA | 1:07CV-02091 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Gregory A. Keller , being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served James Bernardo Frazier, Jr.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint

by leaving with James Bernardo Frazier, Jr.          Self                At
                        NAME                       RELATIONSHIP

☑ Residence  18800 Roxbury Road                 Hagerstown, MD
               ADDRESS                           CITY / STATE
☐ Business
               ADDRESS                           CITY / STATE

On December 7, 2007         AT 11:05 A.M.
   DATE                        TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE
from _____
      CITY        STATE        ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____  (2) _____ _____
                                                      DATE   TIME         DATE   TIME
(3) _____ _____  (4) _____ _____  (5) _____ _____
    DATE   TIME          DATE   TIME          DATE   TIME

**Description:** Age 47  Sex M  Race B  Height 5-11  Weight 206  Hair Black  Beard No  Glasses No

*Gregory Keller*
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 7th day of December , 2007

*[signature]*
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of Maryland

Washington County, Maryland
Notary Public
Denise Lichliter Keller
My Commission Expires 02/01/2011



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# AFFIDAVIT OF PROCESS SERVER

| | |
|---|---|
| **United States District Court** | **District Of Columbia** |

Greer Hodges, et al

    Plaintiff

vs.

**The District of Columbia, A Municipal Corporation, et al**

    Defendant

Attorney:

J.E. Wingfield & Associates, P.C.
David Ginsburg
700 5th St., NW, Suite 300
Washington, DC. 20001

Case Number: 1:07-cv-02091

Legal documents received by Same Day Process Service on November 21st, 2007 at 12:35 PM to be served upon **District of Columbia, by serving The Honorable Adrian Fenty, Mayor at 1350 Pennsylvania Ave., NW Suite 419, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **November 26th, 2007 at 1:25 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form**, to **Erica Easter** as **Chief of Staff & Authorized Agent** of the within named agency, to wit: **District of Columbia, Office of the Mayor** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 30   Height: 5'6"   Weight: 150   Skin Color: black   Hair Color: black & short   Glasses: N

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_[signature]_

Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006008

District of Columbia: SS
Subscribed and Sworn to before me,
this 28th day of November, 2007

_[signature]_
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**                                **District Of Columbia**

Greer Hodges, et al

    Plaintiff

vs.

The District of Columbia, A Municipal Corporation, et al

    Defendant

Attorney:

J.E. Wingfield & Associates, P.C.
David Ginsburg
700 5th St., NW, Suite 300
Washington, DC. 20001

Case Number: 1:07-cv-02091

Legal documents received by Same Day Process Service on **November 21st, 2007** at 12:35 PM to be served upon **District of Columbia, by serving, Office of Attorney General** at 441 4th St. NW Suite 600S, Washington, DC. 20001

I, Brandon A. Snesko, swear and affirm that on **November 26th, 2007** at **2:15 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form**, to **Tonia Robinson** as **DC Registered Agent** of the within named agency, to wit: **District of Columbia, Office of Attorney General** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'2   Weight: 120   Skin Color: black   Hair Color: black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Brandon A. Snesko
Process Server

Same Day Process Service
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006009

District of Columbia: SS
Subscribed and Sworn to before me,
this 28 day of November, 2007

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

**United States District Court**　　　　　　　**District Of Columbia**

Greer Hodges, et al

    Plaintiff

vs.

The District of Columbia, A Municipal Corporation, et al

    Defendant

Attorney:

J.E. Wingfield & Associates, P.C.
David Ginsburg
700 5th St., NW, Suite 300
Washington, DC. 20001

Case Number: 1:07-cv-02091

Legal documents received by Same Day Process Service on November 21st, 2007 at 12:35 PM to be served upon **Charles Bernard Perry, Jr. at 826 Marietta Place, NW, Washington, DC. 20011**

I, Brandon A. Snesko, swear and affirm that on **November 26th, 2007 at 9:05 PM**, I did the following:

**Substitute** Served by leaving a conformed copy of this **Summons in a Civil Case; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Initial Electronic Case Filing Order; ECF Attorney/Participant Registration Form** at the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Ms. Perry, Co-Tenant** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'7   Weight: 180   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**
Ms. Perry would not reveal her first name.

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000006007

District of Columbia: **SS**
Subscribed and Sworn to before me,
this 28 day of November, 2007

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.