UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

Greer Hodges, et al                :
                                   :
    Plaintiff          :
                                   :
vs.                                :
                                   :  Case No: 1:07-cv-02091
The District of Columbia           :
A Municipal Corporation, et al     :
                                   :
    Defendant

## RESPONSE TO DISTRICT OF COLUMBIA'S MOTION TO DISMISS COUNTS FIVE, TEN AND THIRTEEN OF THE COMPLAINT

**NOW COMES** the Plaintiffs, Greer Hodges, et al, by and through counsel, David B. Ginsburg, Esquire, and states in response to Defendants' Motion to dismiss Counts V, X and XIII of the Complaint, and for reasons states as follows:

1. That Defendant District of Columbia claims that the plaintiff Greer Hodges and Celeste Terrill were not in the zone of danger and are not entitled to compensation for emotional distress.

2. That in compliance with the survival statute Plaintiffs are the legal representatives of the deceased individuals who were both in the zone of danger.

3. That this action is brought on behalf or the deceased's estates and asserts legal claims that arose prior to their deaths.

**WHEREFORE**, Plaintiffs respectfully request that an Order be issued by this Honorable Court Denying Defendant's Motion to Dismiss Counts Five, Ten and Thirteen of the Complaint.

Respectfully submitted,

/s/ David B. Ginsburg
David B. Ginsburg, #422435
700 5th Street, N.W., Suite 300
Washington, D.C. 20001
(202) 789-8000
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 28th day of January, 2008, a copy of the foregoing Plaintiffs Response to Defendant's Motion to Dismiss Counts Five, Ten and Thirteen of the Complaint, was mailed first class postage prepaid to:

Shana Frost, Esquire
Assistant Attorney General
District of Columbia
441 4th Street, N.W.
Washington, DC 20001

/s/ David B. Ginsburg
David B. Ginsburg

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Greer Hodges, et al<br><br>      Plaintiff<br><br>vs.<br><br>The District of Columbia<br>A Municipal Corporation, et al<br><br>      Defendant | :<br>:<br>:<br>:<br>:<br>:  Case No: 1:07-cv-02091<br>:<br>: |

## ORDER

UPON CONSIDERATION of Plaintiffs Response to Defendant's Motion to Dismiss Counts Five, Ten and Thirteen of the Complaint, it is this _____ day of _____, 2008,

ORDERED, That Defendant's motion is hereby moot.

_____<br>Judge

cc:  David B. Ginsburg, Esq.
      J.E. Wingfield & Associates, P.C.
      700 5th St., N.W., Ste. 300
      Washington, D.C. 20001

      Shana Frost, Esquire
      Assistant Attorney General
      District of Columbia
      441 4th Street, N.W.
      Washington, DC 20001