UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREER HODGES,** *et al*, | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) C.A. No. 07-2091 (JR) <br> ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

**DEFENDANT DISTRICT OF COLUMBIA'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION TO DISMISS COUNTS FIVE, TEN AND THIRTEEN OF THE COMPLAINT**

In response to the Motion to Dismiss filed by the District of Columbia, Plaintiffs state simply that "Plaintiffs are the legal representatives of the deceased individuals who were both in the zone of danger" and that "this action is brought on behalf or [sic] the deceased's estates and asserts legal claims that arose prior to their deaths." Opp. at 1. Examining the plain language of the Complaint, as the Court must, Plaintiffs have not properly alleged a cause of action on behalf of the decedents. Rather, Plaintiffs Hodges, Terrill and Johnson each state that their own, personal distress "was and is extremely serious and verifiable." The Complaint makes no mention of any emotional distress alleged to have been suffered by the decedents. Thus, Plaintiffs' claims of negligent infliction of emotional distress have not been properly alleged and therefore must be dismissed.

                               Respectfully submitted,

                               PETER J. NICKLES
                               Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


 /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


 /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov