UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREER HODGES, *et al.*,          :
                                 :
    Plaintiffs,             :
                                 :
  v.                             : Civil Action No. 07-2091 (JR)
                                 :
DISTRICT OF COLUMBIA, *et al.*,  :
                                 :
    Defendants.             :

## SCHEDULING ORDER

After a scheduling conference held in chambers on February 25, 2008 it is,

**ORDERED** that discovery may begin immediately and fact discovery is to be complete August 25, 2008, plaintiff's expert disclosures are to be complete September 25, 2008 and defendants' expert disclovery is to be complete November 25, 2008.  It is

**FURTHER ORDERED** that any dispositive motion be filed December 24, 2008, the opposition is due January 12, 2009 and the reply is due January 26, 2009.  It is

**FURTHER ORDERED** that a status conference is set for **May 28, 2008 at 4:30 p.m.**  Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions and the theories of any then-contemplated dispositive motions.  It is

**FURTHER ORDERED** that the final pretrial conference is set for **4:30 p.m. on March 18, 2009,** and that trial will commence at **9:30 a.m. on March 30, 2009.**  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order.**

                                                                       JAMES ROBERTSON  
                                         United States District Judge