UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

|  |  |
|---|---|
| GREER HODGES, et al. ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 1:07-cv-02091 |
| ) | |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA ) | |
| A MUNICIPAL CORPORATION, et al. ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF TAKING DEPOSITION

Please take notice that Counsel giving this Notice on behalf of his client will take the Deposition of the parties and/or witnesses listed below, at the times set opposite their names, before an authorized Notary Public, in and for the state of the District of Columbia, in the offices of Shana Frost, Esquire, 441 4th Street, NW, Washington, DC 20001.

Said examination will be for the purpose of discovery or as evidence in this action, or both, pursuant to the **US District Court Rules of Procedure**.

Said parties to be disposed shall bring with them any and all records in support of their claim for damages in this action.

**Deponent**          : MPD Officer Myron Glover
**Date of Deposition** : February 29, 2008
**Time of Deposition** : 10:00 a.m.

**Deponent**          : MPD Officer Stephen Brown
**Date of Deposition** : February 29, 2008
**Time of Deposition** : 10:00 a.m.

**Deponent**          : MPD Officer Terry Freeman
**Date of Deposition** : February 29, 2008
**Time of Deposition** : 10:00 a.m.

- 2 -

**Deponent(s) shall produce the following:**
1. All manifest and such similar such documents as described in Defendant's deposition.
2. Complete employee file including application, timesheet, training, disciplinary actions, incident reports, and all similar such documents.
3. All written and similar such documents as described by Defendant in deposition regarding what to do after being involved in a motor vehicle collision.

/s/_____
David Ginsburg, #422435
J.E. Wingfield & Associates, P.C.
700 5th Street, N.W., Suite 300
Washington, DC 20001
(202) 789-8000

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
Civil Division

| | |
|---|---|
| GREER HODGES, et al. ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 1:07-cv-02091 |
| ) | |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA | |
| A MUNICIPAL CORPORATION, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF DISCOVERY**
**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Deposition was mailed, via First Class Mail, postage prepaid, this 6th day of March, 2008, to:

| | |
|---|---|
| Shana Frost | L.A.D. Reporting |
| 441 4th Street, NW | 1100 Connecticut Avenue, NW, Suite 850 |
| Washington, DC 20001 | Washington, D.C. 20036 |

  I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any Appeal noted has been decided.

                  Respectfully submitted,

- 4 -

/s/_____
David Ginsburg, #422435
J.E. Wingfield & Associates, P.C.
700 5th Street, N.W., Suite 300
Washington, DC  20001
(202) 789-8000