UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREER HODGES, *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) C.A. No. 07-2091 (JR) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DEFENDANT JAMES BERNARDO FRAZIER, JR.**

Defendant District of Columbia, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 26 and 30(a)(2)(B), respectfully request that the Court grant it leave to take the deposition of Defendant James Bernardo Frazier, Jr., MD DOC #167198 who is currently incarcerated at the Maryland Correctional Training Center in Hagerstown, Maryland.[1]  The deposition of Defendant Frazier is vital to the defense of this action and is being secured for purposes of reasonable discovery and trial in this matter.  Defendant Frazier is the individual who was driving the vehicle that struck the car being driven by Plaintiffs' decedents.

Pursuant to LCvR 7(m), counsel for Plaintiffs consents to this Motion.  No other defendant has filed a response to the Complaint or Cross-claims in this matter.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

---

[1] The District of Columbia will be requesting that the deposition be videotaped.  Officials at the Maryland Correctional Training Facility have indicated that they will consider the District's request, but have not yet determined whether videotaping will be permitted at the facility.

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


\_\_/s/  Nicole L. Lynch_____
NICOLE L. LYNCH (471953)
Chief, Section II


\_\_\_/s/  Shana L. Frost_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREER HODGES, *et al*, | ) |
| Plaintiffs, | ) |
| v. | ) C.A. No. 07-2091 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

**POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DEFENDANT JAMES BERNARDO FRAZIER, JR.**

1. Fed. R. Civ. P. 26.

2. Fed. R. Civ. P. 30(a)(2)(B).

3. LCvR 7(m).

4. The interests of justice and the record herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


   /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South

Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREER HODGES**, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 07-2091 (JR) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is Defendant District of Columbia's Consent Motion for Leave to Take the Deposition of Defendant James Bernardo Frazier, Jr. Upon consideration of the District's Motion, it is this ___ day of _____, 2008:

**ORDERED** that the District of Columbia's Consent Motion be and hereby is **granted;** and it is

**FURTHER ORDERED** that the District of Columbia depose Defendant James Bernardo Frazier, Jr. at the Maryland Correctional Training Center on a date and time to be agreed to by the parties and the Maryland Correctional Training Center.

_____
James Robertson
United States District Judge

Copies served on:

Shana L. Frost
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW, 6th Floor
Washington, DC 20001

2

David B. Ginsburg
Wingfield & Ginsburg, P.C.
700 Fifth Street, NW
Suite 300
Washington, D.C. 20001

James Bernardo Frazier, Jr.
DOC # 167198
Maryland Correctional Training Center
1880 Roxbury Road
Hagerstown, Maryland 21746

Charles Bernard Perry, Jr.
826 Marietta Place, NW
Washington, DC 20011

2