UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREER HODGES, *et al*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | C.A. No. 07-2091 (JR)<br><br>**FILED**<br>MAY 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

Before the Court is Defendant District of Columbia's Consent Motion for Leave to Take the Deposition of Defendant James Bernardo Frazier, Jr. Upon consideration of the District's Motion, it is this 5th day of May, 2008:

**ORDERED** that the District of Columbia's Consent Motion be and hereby is **granted**; and it is

**FURTHER ORDERED** that the District of Columbia depose Defendant James Bernardo Frazier, Jr. at the Maryland Correctional Training Center on a date and time to be agreed to by the parties and the Maryland Correctional Training Center.

James Robertson
United States District Judge

Copies served on:

Shana L. Frost
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW, 6th Floor
Washington, DC 20001



David B. Ginsburg
Wingfield & Ginsburg, P.C.
700 Fifth Street, NW
Suite 300
Washington, D.C. 20001

James Bernardo Frazier, Jr.
DOC # 167198
Maryland Correctional Training Center
1880 Roxbury Road
Hagerstown, Maryland 21746

Charles Bernard Perry, Jr.
826 Marietta Place, NW
Washington, DC 20011