UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **GREER HODGES, et al.** ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 1:07-cv-02091 |
| ) | |
| v. ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA** | |
| **A MUNICIPAL CORPORATION, et al.** ) | |
| ) | |
| Defendant. ) | |

## AMENDED NOTICE OF TAKING DEPOSITION

Please take notice that Counsel giving this Notice on behalf of his client will take the Deposition of the parties and/or witnesses listed below, at the times set opposite their names, before an authorized Notary Public, in and for the state of the District of Columbia, in the offices of Shana Frost, Esquire, 441 4th Street, NW, Washington, DC 20001.

Said examination will be for the purpose of discovery or as evidence in this action, or both, pursuant to the **US District Court Rules of Procedure**.

Said parties to be disposed shall bring with them any and all records in support of their claim for damages in this action.

**Deponent**           : **Detective Scott M. Baum**
**Date of Deposition** : **July 23, 2008**
**Time of Deposition** : **10:00 a.m.**

**Deponent(s) shall produce the following:**
All records and files regarding the FIT Case AF1-06-583

/s/_____
David Ginsburg, #422435
Wingfield & Ginsburg, P.C.
700 5th Street, N.W., Suite 300
Washington, DC 20001
(202) 789-8000

-1-

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| GREER HODGES, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA<br>A MUNICIPAL CORPORATION, et al.<br><br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 1:07-cv-02091<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DISCOVERY**
**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Amended Notice of Deposition was emailed, this 3rd day of June, 2008, to:

    Shana Frost                                 S&L Reporting
    441 4th Street, NW                    1886 Woodbine Road
    Washington, DC 20001           Woodbine, MD 21797

    I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any Appeal noted has been decided.

                                                    Respectfully submitted,

                                                    /s/_____
                                                    David Ginsburg, #422435
                                                    Wingfield & Ginsburg, P.C.
                                                    700 5th Street, N.W., Suite 300
                                                    Washington, DC 20001
                                                    (202) 789-8000